UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


| | | |
|---|---|---|
| SCOTT FREDERIC. | ) | Case No.: 1:18 CV 971 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| SPA LAVENDER, *et al.*, | ) | |
| | ) | ORDER |


Currently pending before the court is the Parties' Joint Motion for Approval of Settlement (ECF No. 54).  After having read and reviewed the Motion and the proposed Settlement Agreement of theparties, the court hereby approves said Settlement Agreement, finding it to be fair, reasonable and adequate.

IT IS SO ORDERED.


/S/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE


December 19, 2018